IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY EDWARD PARSHA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-107 |
| | ) | |
| SUPT. JOSEPH P. NISH, et al., | ) | |
| Respondents. | ) | |

O R D E R

AND NOW, this 27th day of February, 2007, after a petition for a writ of habeas corpus was filed by the petitioner, Danny Edward Parsha, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Danny Edward Parsha for a writ of habeas corpus is dismissed and that a certificate of appealability is denied, as the petition is time-barred.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

/s/ Joy Flowers Conti
United States District Judge

cc: Danny Edward Parsha
    EW- 4475
    Waymart State Prison
    P.O. Box 256, Route 6
    Waymart, PA 18472-0256

    Honorable Robert C. Mitchell
    United States Magistrate Judge